## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**DAVID HARRELL**                                                    **PLAINTIFF**

v.                                          **No. 5:14-cv-214-DPM**

**GERALD ROBINSON, in his Individual and
Official Capacity as the Sheriff of Jefferson
County, Arkansas; LAFAYETTE WOODS,
in his Individual and Official Capacity as a
duly appointed Deputy Sheriff of Jefferson
County, Arkansas; and STANLEY JAMES,
in his Individual and Official Capacity as a
duly appointed Deputy Sheriff of Jefferson
County, Arkansas**                                    **DEFENDANTS**

### ORDER

This case, which was transferred from the Western District, has fallen

through the cracks. The Court directs the Clerk to reinstate the remaining

defendants' motion for summary judgment, № 32, and motion to adopt Hot

Springs' arguments on summary judgment, № 31, which do not appear to

have been ruled on before the transfer. Briefing on those motions is complete.

An Amended Final Scheduling Order will issue. Most deadlines have passed.

The Court will set a trial date and provide new deadlines for updated pre-trial

disclosures, motions in limine, and jury instructions.

So Ordered.

D.P. Marshall Jr.
United States District Judge

18 May 2015