IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DAVID HARRELL                                                  PLAINTIFF

v.                      No. 5:14-cv-214-DPM

GERALD ROBINSON, in his Individual and
Official Capacity as the Sheriff of Jefferson
County, Arkansas; LAFAYETTE WOODS,
in his Individual and Official Capacity as a
duly appointed Deputy Sheriff of Jefferson
County, Arkansas; and STANLEY JAMES,
in his Individual and Official Capacity as a
duly appointed Deputy Sheriff of Jefferson
County, Arkansas                                   DEFENDANTS

ORDER

The summary-judgment papers are a bit tangled on the limitations issues. The Court would appreciate help on these points. Did Harrell get a right-to-sue letter on his February 2010 EEOC charge? If so, when? On the July 2012 charge: is there any precedent on a premature suit ripening into effectiveness after a right-to-sue letter is received? Simultaneous supplemental filings due on 18 September 2015.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

9 September 2015