IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DAVID HARRELL                                                                     PLAINTIFF

v.                                    No. 5:14-cv-214-DPM

GERALD ROBINSON, in his Individual and
Official Capacity as the Sheriff of Jefferson
County, Arkansas; LAFAYETTE WOODS,
in his Individual and Official Capacity as a
duly appointed Deputy Sheriff of Jefferson
County, Arkansas; and STANLEY JAMES,
in his Individual and Official Capacity as a
duly appointed Deputy Sheriff of Jefferson
County, Arkansas                                                                  DEFENDANTS

ORDER

1. The Court appreciates the parties' pretrial submissions. The Court is attaching its current working drafts of (1) the *voir dire*, (2) the preliminary instructions, (3) the final instructions, and (4) the verdicts.

2. The Court will handle *voir dire* with suggestions from counsel. Please make a list of any other areas you suggest that the Court cover. Please file that list by Thursday, May 5th.

3. Please file any objections to the preliminary instructions by next Thursday too.

4. The Court continues to wrestle with the determining factor/motivating factor issue on the race discrimination claims. Please file a short brief on that issue by Thursday, May 5th too. We'll work on the final instructions and verdicts throughout the trial. There will be several opportunities to proffer alternatives. There's no need to do so now. Also, the Court will instruct about depositions if and when it comes up during trial.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 April 2016