

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DAVID HARRELL                                                      PLAINTIFF

v.                          No. 5:14-cv-214-DPM

GERALD ROBINSON, in his Individual and
Official Capacity as the Sheriff of Jefferson
County, Arkansas; LAFAYETTE WOODS,
in his Individual and Official Capacity as a
duly appointed Deputy Sheriff of Jefferson
County, Arkansas; and STANLEY JAMES,
in his Individual and Official Capacity as a
duly appointed Deputy Sheriff of Jefferson
County, Arkansas                                                   DEFENDANTS

ORDER

On Harrell's unoppsed motion, his § 1983 claims are dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

11 May 2016